🖐 **ORIGINAL**

JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,        :

   - v -        :  NOTICE OF INTENT TO
              FILE AN INFORMATION

EMMANUEL MARAIS,                 :

   Defendant.     :  Judge Castel

- - - - - - - - - - - - - - - -x

**08 CRIM 586**

  Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    June 26, 2008

           MICHAEL J. GARCIA
           United States Attorney

     By: _Jeffrey Brown / VCR_
        Jeffrey A. Brown
        Assistant United States Attorney

     AGREED AND CONSENTED TO:

     By: _Buckheit_
        Frank Whalen, Esq.
        John L. Buckheit, Esq.
        Attorneys for Emmanuel Marais

[ELECTRONICALLY FILED stamp: JUN 26 2008]

6/26/08 WHEEL A